**Exhibit A to the Complaint**

**Location:** Media, PA  
**Total Works Infringed:** 36  
**IP Address:** 108.36.95.13  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 11/10/2017 11:03:46 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 2 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 09/19/2017 21:54:35 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 3 | 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA | Vixen | 11/10/2017 11:03:43 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 4 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 10/11/2017 23:13:03 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 5 | 2DF6105079B3741549CB8B00DAE926D8BA035B02 | Vixen | 10/01/2017 17:15:26 | 06/13/2017 | 07/06/2017 | 15584691589 |
| 6 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 10/10/2017 02:59:33 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 7 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 10/11/2017 23:18:58 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 8 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 09/17/2017 12:10:24 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 9 | 4A1839AE5D5B2CAA890E744FB186C2BDD73361CE | Tushy | 09/29/2017 01:22:59 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 10 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 10/11/2017 23:37:12 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 11 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 11/10/2017 01:30:05 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 12 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/29/2017 11:38:07 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 13 | 609907DC345C8704CB071BC1A3E3364290427595 | Vixen | 08/13/2017 02:49:05 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 14 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/15/2017 01:43:35 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 15 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 10/11/2017 23:18:07 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 16 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 10/11/2017 23:20:21 | 09/01/2017 | 09/07/2017 | PA0002052845 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/03/2017 23:37:10 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 18 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 01:41:20 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 19 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 10/11/2017 23:13:45 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 20 | 95A01682A2924C6AAFCF746B00BDE06D3C94787A | Vixen | 11/01/2017 00:47:47 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 21 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/16/2017 13:01:12 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 22 | 9EE5170AFC13D2DD6E0CAFD77EFB7CA88594D59B | Vixen | 10/07/2017 14:55:35 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 23 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 10/11/2017 23:29:17 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 24 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/27/2017 23:48:14 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 25 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 11/11/2017 09:45:50 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 26 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | Blacked Ra | 11/09/2017 11:29:37 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 27 | AB03EDEBCF77AB011BEC773EEC41EBFAA82BEB93 | Vixen | 11/01/2017 01:32:49 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 28 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 10/11/2017 23:15:31 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 29 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 09/26/2017 11:41:52 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 30 | BFD12368B88A628395499BF8A64D35ECFF9BA00B | Vixen | 09/26/2017 23:55:16 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 31 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 10/11/2017 23:30:51 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 32 | CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05 | Vixen | 08/29/2017 01:33:38 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 33 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/11/2017 23:06:42 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 34 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/28/2017 22:26:09 | 09/06/2017 | 09/14/2017 | PA0002052844 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/25/2017 02:30:09 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 36 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/24/2017 11:44:15 | 10/22/2017 | 11/15/2017 | PA0002063627 |