IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STRIKE 3 HOLDINGS, LLC | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-5670 |
| JOHN DOE subscriber assigned IP address 108.36.95.13 | : |

## ORDER

**AND NOW**, this 1st day of February 2018, upon considering Plaintiff's failure to file an amended complaint compliant with this Court's December 28, 2017 Order (ECF Doc. No. 5), it is **ORDERED** Plaintiff shall **show cause** in a memorandum not exceeding three (3) pages filed on or before **February 7, 2018** as to why we should not dismiss this matter for lack of prosecution.

KEARNEY, J.