# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
|    Plaintiff, ) | Civil Case No. 2:17-cv-05670-MAK |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 108.36.95.13, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 108.36.95.13 are voluntarily dismissed without prejudice.

Dated: February 7, 2018                Respectfully submitted,

By: <u> /s/ *Christian Moffitt* </u>
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian Moffitt*
Christian Moffitt, Esq.
