IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-5670** |
| | : | |
| **JOHN DOE subscriber assigned IP address 108.36.95.13** | : : | |

## ORDER

**AND NOW**, this 8th day of February 2018, upon consideration of the Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 7), it is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

_____
**KEARNEY, J.**